256 P.2d 573]

[S. F. No. 18747. In Bank. May 1, 1953.]

## CARL M. FRAENKEL, Appellant, v. LUCIO ECHENIQUE et al., Respondents.

Jack Flinn and Carroll F. Jacoby for Appellant.

John W. Hutton for Respondents.

THE COURT.—This is a companion case to *Fraenkel* v. *Bank of America, ante,* p. 845 [256 P.2d 569], this day filed and is controlled by the decision in that case. Accordingly, the judgment is reversed with directions to give plaintiff a reasonable time within which to amend his complaint if he be so advised.